07-247

AO 240 (DELAWARE REV 7/00)

# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

Plaintiff DORIAN WAINER

V.

Defendant(s) DIRECTOR MRS HERR OF CREST PROGRAM

APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

CASE NUMBER:

I, DORIAN WAINER declare that I am the (check appropriate box)
☐ **Petitioner/Plaintiff/Movant** ☒ **Other** in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

07-247

In support of this application, I answer the following questions under penalty of perjury:

FILED
MAY - 4 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

1. Are you currently incarcerated? ☒ Yes ☐ No (If "No" go to Question 2)

If "YES" state the place of your incarceration

Are you employed at the institution? ☐ Yes ☒ No

Do you receive any payment from the institution? ☐ Yes ☒ No

*Have the institution fill out the certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past SIX months' transactions. Ledger sheets are not required for cases filed pursuant to 28:USC §2254.*

2. Are you currently employed? ☐ Yes ☒ No

a. If the answer is "YES" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

| | | | |
|---|---|---|---|
| a. | Business, profession or other self-employment | ☐ Yes | ☒ No |
| b. | Rent payments, interest or dividends | ☐ Yes | ☒ No |
| c. | Pensions, annuities or life insurance payments | ☐ Yes | ☒ No |
| d. | Disability or workers compensation payments | ☐ Yes | ☒ No |
| e. | Gifts or inheritances | ☐ Yes | ☒ No |
| f. | Any other sources My Professional retired Parents have agreed to help me pay filing fees | ☒ Yes | ☒ No |

Note court my entire incarceration monthly I will receive 50 dollars a month being able to pay $10 [illegible] dollars a month

If the answer to any of the above is "YES" describe each source of money and state the amount received *AND* what you expect you will continue to receive.

until my release I will receive from both parents I will pay partial amounts until filing fees are rendered

4. Do you have any cash or checking or savings accounts? ☐ Yes ☒ No

If "Yes" state the total amount $ ____________

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property? ☐ Yes ☒ No

If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, *OR* state *NONE* if applicable.

I declare under penalty of perjury that the above information is true and correct.

Date: April 30, 2007 Signature of Applicant Dorian Blaner

Court forma Pauperis is enclosed But the Plaintiff which not to proceed this way of filing fees but to enclosed legal affidavit

# SEE ATTACHED SIX MONTH STATEMENT

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

DORIAN WAINER
Plaintiff/s

V.

Director Kerr
Defendant/s

Civil Action #: 42 U.S.C. §1983

STATE OF DELAWARE
COUNTY OF New Castle

## AFFIDAVIT

I, DORIAN WAINER, being duly sworn, deposes and says:

united State District Court through this legal affidavit I would like to proceed with filing fee's be committed by myself I have found definite assets. My father and Mother have agreed to help me pay filing fees Completely until payment is rendered at small amounts each month

Dorian Wainer

Sussex Correctional Institution
P.O. Box 500
Georgetown, DE 19947

Subscribed and sworn before me this 2nd day of May, ~~2000~~. 2007

Judith Ann Lederman

JUDITH ANN LEDERMAN
NOTARY PUBLIC, STATE OF DELAWARE
My Commission Expires August 19, 2007

I/M: Dorian Blavier BLDG. HU-3
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

1767 U.S. POSTAGE PB2230
7973 $01.110 MAY 03
1067 19

Civil
Federal
Mail

Peter T. Dalleo U.S. District Court
Office of United State Clerk
844 N. King Street Lockbox 18
Wilmington Delaware
19801-3570

07-247

Printed: 4/13/2007

# *Average Daily Balance For Pauper Filing*

***For Days the Individual was in Residence at SCI from 3/26/2007 through 4/13/2007***

***SBI: 00474316*** ***NAME: WAINER, DORIAN D***

| *Date* | *Balance* |
|---|---|
| 03/26/2007 | $0.00 |
| 03/27/2007 | $0.00 |
| 03/28/2007 | $0.00 |
| 03/29/2007 | $0.00 |
| 03/30/2007 | $53.06 |
| 03/31/2007 | $53.06 |
| 04/01/2007 | $53.06 |
| 04/02/2007 | $53.06 |
| 04/03/2007 | $53.06 |
| 04/04/2007 | $29.31 |
| 04/05/2007 | $29.31 |
| 04/06/2007 | $29.31 |
| 04/07/2007 | $29.31 |
| 04/08/2007 | $29.31 |
| 04/09/2007 | $149.31 |
| 04/10/2007 | $149.31 |
| 04/11/2007 | $145.77 |
| 04/12/2007 | $195.77 |
| 04/13/2007 | $135.77 |

*Summary for 'SBI' = 00474316 (19 detail records)* **Average Daily Balance: $62.51**

07-247

FILED
MAY - 4 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Sorian Slavier BLDG. HU-3
EX CORRECTIONAL INSTITUTION
BOX 500
RGETOWN, DELAWARE 19947

1767 U.S. POSTAGE PB 2230
7973 $01.11⁰ MAY 03
1067 19

Civil
Federal
Mail

Peter T. Dalleo U.S. District Court
Office of United State Clerk
844 N. King Street Lockbox 18
Wilmington Delaware
19801-3570