(Rev. 4/97)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

DORIAN D WAINER
(Enter above the full name of the plaintiff in this action)

07-247

V.

DIRECTOR: MRS. HERR
Civil Genics Company

FILED
MAY - 4 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

(Enter above the full name of the defendant(s) in this action

requesting Trial

I. Previous lawsuits

A. Have you begun other lawsuits in state or federal courts dealing with the same facts involved in this action or otherwise relating to your imprisonment?
YES [X]   NO [ ]

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit

Plaintiffs  DORIAN D. WAINER

Defendants  Sheriff Neil Perry St Augustine Florida — settled in 2002
Paul Swierzbenski Esq. pending

2. Court (if federal court, name the district; if state court, name the county) _Duval County Jacksonville, Fl, New Castle DE_

3. Docket number _N/A for Duval County / New Castle 07-85_

4. Name of judge to whom case was assigned _Magistrate Mary Pat Thynge for pending federal case 07-85 - 1:07-CV-85_

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _Disposition of Suit against Sheriff Neil Perry settled out of federal Court Jacksonville, Fl, 2002_

6. Approximate date of filing lawsuit _1998_

7. Approximate date of disposition _Florida Case settled out of federal Court_

II. A. Is there a prisoner grievance procedure in this institution? Yes [ ] No [X] _No type of process available for terminated Civil Genus Clients - Check Progress_

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure? Yes [ ] No [X]

C. If your answer is YES,

1. What steps did you take? ___X___
   ___X___

2. What was the result? ___X___
   ___X___

D. If your answer is NO, explain why not _different type of law Suite against Sheriff depties_

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes [ ] No [X]

F. If your answer is YES,

1. What steps did you take? ___X___
   ___X___

2. What was the result? ___X___
   ___X___

III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of Plaintiff _DORIAN D. WAINER   SCI P.O. BOX 500_
   Address _Georgetown, Delaware 19947_

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions, and place of employment of any additional defendants.)

B. Defendant _Mrs Herr/Dir. Herr_ is employed as _acting Director for_ at _Civil Genics Company/Crest Program_
   _300 WEST WATER STREET DOVER, DE. 19904_

C. Additional Defendants _Civil Genics Company_
   _same address as Dir. Herr_

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

On Feb 22, 2007, on said date acting Dir. Of Civil Genics Co. Mrs Herr terminated me from Crest program, in which she broke the company philosophy ethics code - which is - help each other draw strenght from each other; instead of helping me, Dir. Herr listened to a few inmates that did not like me at all, or knew me
Continued On Line Sheet Of Paper

-3-

Continued Statement Of Claim

Dir. Herr violated its or company order of rules and regulations, by not giving me termination warning, or last chance contract, like other clients in Crest program. Director Herr was predujice towards me by not giving me the same plain opportunity as other crest clients of Civil Genics Company.

This caused me a violation of a sentencing order which caused pain, stress and suffering mentally and medically, because Director Herr knows I am diabetic, with high blood pressure which this is like truma to a person in my medical condition to give me a 6 months extended jail term.

Dir. Herr violated the first amendment freedom of speech of the Constitution by not allowing me to speak about this at all, I comfronted Dir. Herr 2-23-07 before packing an leaving Crest and she said do not talk, I do not want to here this, Still at that time an point not knowing why I was leaving. It to 50 miles of traveling and another institution 7 days, or so see Exhibit A an a court hearing before I knew why I was terminated from Crest Program which is not normal Crest procedure. On March 9, 2007 Senior DOC Counselor Joella Bowers stated in open court to Judge Withem, that the only reason Mr. Wainer is in court is because of notes from other inmates that did not like him, that went to Crest counselors.

This is a malice termination, and measurable decit by not being fair to me as Dir. Herr has been in the same situation to other Civil Genics Clients in Crest Program.

*Exhibit-A*

## STAFF LT. COSTELLO

## REQUEST FOR INFORMATION/ASSISTANCE

PRINT ALL INFORMATION. IF I CAN'T READ IT YOU WILL GET NO ANSWER!!!
Fill out all information requested or you will receive no response. Submit the entire sheet or you will receive no response. DO NOT WRITE ME ABOUT RECORDS ISSUES, COURT DATES, GOODTIME, TRANSFERS TO OTHER FACILITIES OR PROGRAMS, GATE MONEY, BUS TICKETS (READ YOUR MANUAL/BULLETIN BOARD ON WHO TO WRITE) OR MOVING TO ANOTHER POD (HANDLED BY STAFF ON DUTY).

Your Name: **DORIAN WAINER**   Todays' Date: **2-25-2007**

SBI #: **00474316**   Pod #: **4**

I REQUEST THE FOLLOWING:

Transportation to:   Kent County   New Castle County   (Circle One) on my release date which will be on _____. Do not request more than 2 weeks in advance, on holiday or weekend. Apply for a bus ticket.

Clothing dropped off on _____   List items to be dropped **SCCC**

(Nothing by mail, No Exception)

[Stamp: FEB 26 2007 SECURITY SUPERVISOR STAFF LT. COSTELLO]

*YOU ARE HERE ON AN ADMIN WARRANT PENDING A COURT HEARING FOR A VOP. —me*

Check the ones that apply:

____ Games for our pod as the ones we have are worn.

____ Request exception to escape policy. Justify your request: _____

✓ OTHER - **Do I have a sanction, or any type of violation please also explain - I have been sense Feb 23 2007.**
____ My sanction is up and I should be returned to my program which is: _____

____ Request the following items dropped off: ___ Bible ___ Quran ___ Kufi ___ Prayer Rug.

Date they will be dropped off _____

✓ Other: **I have never been here before in my life. Why am I here in SVOP. I have no paper work. What reason caused me to be sent here? PLEASE RESPOND! I was transferred to SVOP 2-23-07, violation 2-22-2007**

V.     Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

I ask federal Court to have a formal trial, I seek $25000 for mental anguish and 150,000 for pain and suffering causing my diabetes to become uncontrollable during this period another $150,000 for measurable malice and deceit 100,000 more thousand for breaking the first amendment of the Constitution 694,000 dollars for causing extended incarceration, because of malice termination of crest program by Director Herr  which a total 1,119,000

Signed this  30  day of  April  , 2007.

_Dorian Blainer_
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

_April_                _Dorian Blainer_
Date                    ( Signature of Plaintiff)

-4-

IM: Russell Blewitt HUB
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

U.S. POSTAGE $01.110 MAY 03

Peter T. Dalleo, U.S. District Court
Office of United States Clerk
844 N. King Street Lockbox 18
Wilmington, Delaware 19801-3570

Cert
Federal
Mail