In The United States District Court For The
T. District Of Delaware

DORIAN WAINER
Plaintiff

DIRECTOR MRS. HERR
CIVIL GENICS COMPANY
DEFENDANT

Civil Action No. 07-00247

## Notion Of Motion

Comes Now, PRO, SE Motion, <u>Motion Of Plaintiff To Be Committed To Tifing Fees</u>' to be heard at the Courts earliest convenience

FILED
JUN - 7 2007
RGscanned
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

June 4, 2007
DATE

Dorian D. Wainer
SBI: 00474316
Sussex Correction Inst.
P.O. Box 500
Georgetown, Delaware
19947

In The United States District Court
For The District Of Delaware

DORIAN D. WAINER
  PLAINTIFF

DIRECTOR: MRS. HERR
CIVIL GENICS COMPANY
  DEFENDANT

Action No 07-00247

Motion Of Plaintiff To Be Committed To Filing Fee's Honorable Court affidavit filed with original motion was read wrong; Court replied that I had no assets, this is not what original affidavit stated. Please read Exhibit A - Copy of original affidavit Why should I be relieved of statutory requirements under 28 U.S.C. §1915(B) I found definite assets, which Exhibit A states - see Exhibits B & C as monthly proof of assets from Both of my parents. Do to the fact that Court repliment of original affidavit was wrong which is not Plaintiff fault. I an asking the Court, upon honoring this motion, I will then send $25 a month until filing fees are completed, note this is more than your Court monthly 20% requirements sooner the better to get the filing fees over. So Please Honorable Tribunal honor this motion So this process can continue because I done terribly illegal/wrong by Civil Genics - Dir Mrs. Herr on I am sure the Court wants me to get justice.

June 4, 2007
Date

Dorian D. Wainer
Movant Signature

# Certificate Of Service

I DORIAN D. WAINER, have served the following parties below

Under the penalty of perjury, I declare attached an above facts are true and correct best of my knowledge

Office of the Clerk
United States District Court
844 N. King Street
Lock Box 18
Wilmington, Delaware
19801-3570

Comes now on this 4 Day of ~~May~~ June 2007

Dorian D. Blaner
Signature of Movant

Exhibit A

## Current Month -- Individual Statement

Date Printed: 4/13/2007 — Page 1 of 1

## For Month of April 2007

| SBI | Last Name | First Name | MI | Suffix | Begin Mth Balance: | $53.06 |
|---|---|---|---|---|---|---|
| 00474316 | WAINER | DORIAN | D | | | |
| Current Location: | PRE-TRIAL UNIT 3 | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Commissary | | 4/4/2007 | ($23.75) | $0.00 | $0.00 | $0.00 | $29.31 |
| Mail MO | Carl Wainer | 4/9/2007 | $20.00 | $0.00 | $0.00 | $0.00 | $49.31 |
| Mail MO | Carl Wainer | 4/9/2007 | $50.00 | $0.00 | $0.00 | $0.00 | $99.31 |
| Mail MO | Carl Wainer | 4/9/2007 | $50.00 | $0.00 | $0.00 | $0.00 | $149.31 |
| Commissary | | 4/11/2007 | ($3.54) | $0.00 | $0.00 | $0.00 | $145.77 |
| Copies | | 4/12/2007 | $0.00 | $0.00 | ($3.00) | $0.00 | $145.77 |
| Postage | | 4/12/2007 | $0.00 | $0.00 | ($0.42) | $0.00 | $145.77 |
| Mail MO | OLEY ARNOLD | 4/12/2007 | $50.00 | $0.00 | $0.00 | $0.00 | $195.77 |
| Pay-To | VAC | 4/13/2007 | ($50.00) | $0.00 | $0.00 | $0.00 | $145.77 |
| Pay-To | VAC | 4/13/2007 | ($10.00) | $0.00 | $0.00 | $0.00 | $135.77 |
| | | | | | | Ending Mth Balance: | $135.77 |

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: ($3.42)

Exhibit B

## Current Month -- Individual Statement

Date Printed: 5/16/2007                                                         Page 1 of 1

### For Month of May 2007

| SBI | Last Name | First Name | MI | Suffix | Begin Mth Balance: | $216.89 |
|---|---|---|---|---|---|---|
| 00474316 | WAINER | DORIAN | D | | | |
| Current Location: | PRE-TRIAL UNIT 3 | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Commissary | | 5/2/2007 | ($6.98) | $0.00 | $0.00 | $0.00 | $209.91 |
| Mail MO | OLEY ARNOLD | 5/3/2007 | $105.00 | $0.00 | $0.00 | $0.00 | $314.91 |
| Copies | | 5/3/2007 | $0.00 | $0.00 | ($4.25) | $0.00 | $314.91 |
| Postage | | 5/3/2007 | $0.00 | $0.00 | ($1.19) | $0.00 | $314.91 |
| Pay-To | FLOWERS IN BLOOM P | 5/7/2007 | ($17.00) | $0.00 | $0.00 | $0.00 | $297.91 |
| Mail MO | OLEY ARNOLD | 5/7/2007 | $50.00 | $0.00 | $0.00 | $0.00 | $347.91 |
| Commissary | | 5/9/2007 | ($20.23) | $0.00 | $0.00 | $0.00 | $327.68 |
| Copies | | 5/15/2007 | $0.00 | $0.00 | ($0.50) | $0.00 | $327.68 |
| Mail MO | OLEY ARNOLD | 5/15/2007 | $30.00 | $0.00 | $0.00 | $0.00 | $357.68 |
| Commissary | | 5/16/2007 | ($7.73) | $0.00 | $0.00 | $0.00 | $349.95 |
| | | | | | Ending Mth Balance: | | $349.95 |

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: ($5.94)

*The Business Office still does not have the $50.00 VAC Pay-To you are referring to also Mr. Wainer maintains over a 100 Dollars monthly*

EXHIBIT C

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

DORIAN WAINER
Plaintiff/s

V.

Director Herr
Defendant/s

Civil Action #: 42 U.S.C. §1983

STATE OF DELAWARE
COUNTY OF New Castle

### AFFIDAVIT

I, DORIAN WAINER, being duly sworn, deposes and says:

United State District Court through this legal affidavit I would like to proceed with filing fee's be committed by myself I have found definite assets. My father and Mother have agreed to help me pay filing fees Completely until payment is rendered at small amounts each month

_Dorian Wainer_

Sussex Correctional Institution
P.O. Box 500
Georgetown, DE 19947

Subscribed and sworn before me this 5th day of May, ~~2000~~ 2007

_Judith Ann Lederman_

JUDITH ANN LEDERMAN
NOTARY PUBLIC, STATE OF DELAWARE

FROM: [signature]
SUSSEX CORRECTIONAL INSTITUTION BLDG. H/U-3
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

U.S. POSTAGE $01.14
1487 PB 22 JUN
7924
0872

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware
19801-3570