IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DORIAN WAINER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-247-*** |
| | ) |
| DIRECTOR MRS. HERR and | ) |
| CIVIL GENICS COMPANY, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

At Wilmington this __27__ day of June, 2007, plaintiff, Dorian Wainer, having been ordered on May 17, 2007, to complete and return an authorization form within 30 days from the date the order was sent or the case would be dismissed, and instead responding to the order by asking that he be allowed to make payment directly to the clerk of the court (D.I. 6);

IT IS ORDERED that, on or before **July 20, 2007**, plaintiff shall show cause why he did not submit the authorization form as ordered in the court's May 17, 2007 order so that the agency (i.e., Sussex Correctional Institution) having custody of him can forward payments from his prison account to the clerk of the court, and why he should be relieved of the statutory requirements under 28 U.S.C. § 1915(b).

Honorable Mary Pat Thynge
U.S. Magistrate Judge