IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DORIAN WAINER
Plaintiff/s

V.

Director Herr
Defendant/s

Civil Action #: 1:07-CV-00247

STATE OF DELAWARE
COUNTY OF New Castle

FILED
JUL 10 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**AFFIDAVIT**

I, DORIAN WAINER, being duly sworn, deposes and says:

United State District Court through this legal affidavit I would like to proceed with filing fee's be committed by myself I have found definite assets. My father and mother have agreed to help me pay filing fees completely until payment is rendered at small amounts each month

Dorian Wainer

Sussex Correctional Institution
P.O. Box 500
Georgetown, DE  19947

Subscribed and sworn before me this 3rd day of May, ~~2000~~ 2007

Judith Ann Lederman

JUDITH ANN LEDERMAN
NOTARY PUBLIC, STATE OF DELAWARE
My Commission Expires August 19, 2007