IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DORIAN WAINER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-247-SLR |
| | ) |
| DIRECTOR MRS. HERR and | ) |
| CIVIL GENICS COMPANY, | ) |
| | ) |
| Defendants. | ) |

## ORDER

At Wilmington this ___ day of August, 2007;

On July 17, 2007, the court ordered plaintiff, Dorian Wainer, within 30 days, to either pay the $350.00 filing fee in full or return his authorization form as previously ordered by the court. (D.I. 9) The time has lapsed and plaintiff has not complied with the court's order of July 17, 2007.

THEREFORE, IT IS HEREBY ORDERED that plaintiff's complaint is DISMISSED WITHOUT PREJUDICE. Plaintiff is not required to pay any previously assessed fees or the $350.00 filing fee.

_____
UNITED STATES DISTRICT JUDGE